am at a loss to understand the nature of any continuing case or controversy between the parties. For my part, I believe *Ballou* should be re-examined, but failing that, I would refuse the parties' invitation to render an advisory opinion, vacate Commonwealth Court's order and simply dismiss the matter for want of a justiciable case or controversy.

468 A.2d 746

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF JUSTICE, BUREAU OF CORRECTION, SPECIAL SERVICES DIVISION, Appellants,**

v.

**INMATES OF CUMBERLAND COUNTY PRISON, and Individually, Ronald R. Burns, Janice Mason and Wanda K. Myers.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF JUSTICE, BUREAU OF CORRECTION, SPECIAL SERVICES DIVISION, Appellants,**

v.

**INMATES OF CUMBERLAND COUNTY PRISON, and Individually, Allan Bowermaster and David Kurtz.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1983.

Decided Dec. 19, 1983.

Reargument Denied Feb. 22, 1984.

Sherree L. Sturgis, Chief Counsel, Camp Hill, for appellants.

Samuel W. Milkes, Carlisle, for responents.

William A. Duncan, Carlisle, for Cumb. Co. Prison.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The order of the Commonwealth Court is vacated and the record is remanded with the direction to dismiss appellees' appeals as premature.

468 A.2d 747

**INMATES OF CUMBERLAND COUNTY PRISON, and Individually, Allan Bowermaster, Ronald Burns, Jack Corbin, Terry Crawford, Richard Lawyer, Thomas McQuaid, Wanda Myers, Randal Robertson, Daniel Vail and Dennis Wingard, Appellants,**

v.

**DEPARTMENT OF JUSTICE OF PENNSYLVANIA, BUREAU OF CORRECTION OF PENNSYLVANIA, Special Services Division of the Bureau of Correction**

v.

**David KURTZ and Edward F.W. Whitmore.**

Supreme Court of Pennsylvania.

Argued Oct. 27, 1983.

Decided Dec. 19, 1983.